**Order entered April 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00027-CV

**LAZARUS IROH, ANDREW OKAFOR, LUI AKWURUOHA, CALEB OKEKE, AND HENRY NNABUGWU Appellants**

**V.**

**EMMANUEL IGWE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-07596-D**

## ORDER

We **GRANT** Albert Morris's March 31, 2014 amended motion to withdraw as appellants' counsel and **DIRECT** the Clerk of the Court to remove him as counsel for appellants.

The Clerk of the Court shall direct all communications to appellants to the attention of:

Lui Akwuruoha
1140 Empire Central Dr., Suite 205
Dallas, Texas 75247
(214) 631-2500
lakwuruoha@sbcglobal.net.

/s/      ELIZABETH LANG-MIERS
JUSTICE